# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Bergmann Associates, Inc. ) ASBCA Nos. 61586, 61672
)
Under Contract Nos. DACW69-01-D-0017 )
          W912ES-07-D-0003 )
          W91237-09-C-0010 )

APPEARANCE FOR THE APPELLANT:     Tim J. Yianne, Esq.
          Lewis Brisbois Bisgaard & Smith LLP
          Charleston, WV

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
          Engineer Chief Trial Attorney
          Willie J. Williams, Esq.
          Bradley J. Stark, Esq.
          Engineer Trial Attorneys
          U.S. Army Engineer District, Huntington

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 13, 2019

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61586, 61672, Appeals of Bergmann Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2